JS-6

L. Paul Mankin (SBN 264038)
The Law Office of L. Paul Mankin, IV
8730 Wilshire Blvd., Suite 310
Beverly Hills, CA 90211
Phone: (800) 219-3577
Fax: (323) 207-3885
pmankin@paulmankin.com

**Attorney for Defendant**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JUAN GRANADOS, an individual,**<br><br>Plaintiff,<br><br>vs.<br><br>**MIDLAND CREDIT MANAGEMENT, INC., and DOES 1 through 10, inclusive,**<br><br>Defendant. | Case No. CV 15-382-GW(JCx)<br><br>**ORDER GRANTING STIPULATION RE: DISMISSAL OF ENTIRE ACTION AND ALL PARTIES, WITH PREJUDICE** |

  The Court has reviewed the Stipulation of Plaintiff, JUAN GRANADOS, and Defendant, MIDLAND CREDIT MANAGEMENT, INC., to dismiss with prejudice the above-entitled action, in its entirety. Pursuant to the Joint Stipulation between parties, the Court orders as follows:

///

1. That the above-entitled lawsuit is hereby dismissed, with prejudice, pursuant to FRCP 41(a)(1). Each party shall bear its own fees and costs.

**IT IS SO ORDERED**

DATED: March 10, 2015    _____
                         GEORGE H. WU, U.S. DISTRICT JUDGE